STATE of Missouri, Respondent,

v.

Frank RUSSELL, Appellant.

Frank RUSSELL, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 50153, WD 51439.

Missouri Court of Appeals,
Western District.

Oct. 8, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 26, 1996.

Application to Transfer Denied
Jan. 21, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Assistant Attorney General, Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and
BRECKENRIDGE and ELLIS, JJ.

***ORDER***

PER CURIAM:

Frank Russell appeals from his convictions
of two counts of murder in the second degree, § 565.021.1(2), RSMo 1994, and one
count of robbery in the first degree,
§ 569.020, RSMo 1994, for which he received
three concurrent twenty-year sentences.
Mr. Russell contends that the trial court
erred by granting a motion in limine and
excluding the testimony of five defense witnesses who would have testified that another
person could have committed the crimes. In
addition, Mr. Russell asserts that the trial
court erred in overruling his objection to the
testimony of a defense witness on cross-examination which he alleges was speculative.
Mr. Russell also appeals from the denial,
after an evidentiary hearing, of his Rule
29.15 motion for post-conviction relief, claiming ineffective assistance of counsel in that

his trial counsel failed to call a witness who would have aided in Mr. Russell's theory of defense.

The judgments of the trial court and the motion court are affirmed. Rules 84.16(b) and 30.25(b).